

# UNITED STATES DISTRICT COURT – CENTRAL DISTRICT OF CALIFORNIA

312 North Spring St. Los Angeles, California 90012-4701

| THE PEOPLE OF THE STATE OF CALIFORNIA, | CASE # CR15-0052 RGK |
|---|---|
| Plaintiff, | SUPERIOR COURT, SANTA BARBARA |
| v. | Case No. 1354711, 1421891 |
| JEFFERY COWEN LIND et al., | **NOTICE OF REMOVAL:** |
| Defendants. | 28 USC 1443. |

Comes now Dee Thomas Murphy, under protest and In Propria Persona, to provide formal NOTICE OF REMOVAL of the instant criminal case from the honorable Superior Court to the United States District Court for the Central District of California, pursuant to 28 U.S.C. 1443.

Respectfully submitted,

/s/ Dee Thomas Murphy

Dee Thomas Murphy
Sui Juris and In Propria Persona

Dated: 2/3/2015

All Rights Reserved (Cf. UCC 1-308)

THE SUPERIOR COURT, STATE OF CALIFORNIA
For the County of Santa Barbara
Figueroa Division

| THE PEOPLE OF THE STATE OF CALIFORNIA | | | |
|---|---|---|---|
| Plaintiff, | DA No. | 11-06-271958 | |
| vs. | Court No. | 1354711 | |
| JEFFERY COWEN LIND          DOB: 09/10/1956 | 1ST AMENDED FELONY COMPLAINT | | |
| AKA: JEFFERY COWAN LIND | | | |
| AKA: JEFFREY LIND | | | |
| DEE THOMAS MURPHY         DOB: 12/15/1948 | | | |
| Defendant. | | | |

The undersigned is informed and believes that:

### COUNT 1

On or about June 23, 2011, in the County of Santa Barbara, the crime of OFFERING A FALSE INSTRUMENT FOR RECORD, in violation of **PENAL CODE SECTION 115(a)**, a Felony, was committed by DEE THOMAS MURPHY and JEFFERY COWEN LIND, who did willfully, and knowingly offer to procure false and forged instruments to be filed, registered, and recorded in a public office within this state, which instrument, if genuine, might be filed, registered, and recorded under a law of this state or the United States, to wit: NOTICE OF INTENT TO PRESERVE INTEREST.

### COUNT 2

On or between June 1, 2011 and June 24, 2011, in the County of Santa Barbara, the crime of CONSPIRACY TO COMMIT A CRIME, in violation of **PENAL CODE SECTION 182(a)(1)**, a Felony, was committed by DEE THOMAS MURPHY and JEFFERY COWEN LIND, who did unlawfully conspire together and with another person and persons whose identity is unknown to commit the crime of OFFERING FALSE INSTRUMENT FOR RECORD, in violation of Section 115(a), of the Penal Code, a Felony and that pursuant to and for the purpose of carrying out the objects and purposes of the aforesaid conspiracy, the said defendant(s) committed the following overt act and acts at and in the County of SANTA BARBARA:

### OVERT ACT I:

On or about June 13, 2011, Defendant Jeffrey Cowan Lind filed a document entitled "National Standard Damage Claim No. 11-0613-JCL & Notice and Demand for Damages", against the Honorable Kay Kuns, Judge of the Santa Barbara County Superior Court, in the Santa Barbara County Office of Risk Management.

### OVERT ACT II:

On June 23, 2011, Defendant Dee Thomas Murphy requested the Santa Barbara County Clerk/Recorder's Office to record a document entitled "Notice of Intent to Preserve Interest", dated June 22, 2011, and signed by Defendant Jeffery Cowan Lind.

1

\* \* \* \* \* \* \* \*

Pursuant to penal code section 1054.5(b), the people are hereby informally requesting that defense counsel provide discovery to the people as required by penal code section 1054.3.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT CONSISTS OF 2 COUNT(S).

Executed at Santa Barbara, California, on February 28, 2012.

*Joyce E. Dudley*

BRIAN COTA
SENIOR DEPUTY DISTRICT ATTORNEY

Agency: LODA

| DEFENDANT NAME | SEX | RACE | HGT | WGT | EYES | HAIR | DRIVER'S LICENSE | STS | COURT DATE |
|---|---|---|---|---|---|---|---|---|---|
| Jeffery Cowen Lind | M | W | 510 | 195 | HZL | BRO | A3315065 | PX | 03/01/2012 |
| Dee Thomas Murphy | M | W | 509 | 150 | BRO | BRO | AZ | PX | 03/01/2012 |

gr

2

THE SUPERIOR COURT, STATE OF CALIFORNIA
For the County of Santa Barbara
Figueroa Division

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA<br><br>Plaintiff,<br>vs.<br><br>**JEFFERY COWEN LIND**  DOB: 09/10/1956<br>AKA: JEFFERY COWAN LIND<br>AKA: JEFFREY LIND<br><br>**DEE THOMAS MURPHY**  DOB: 12/15/1948<br>Defendant. | DA No.  12-07-293736<br>Court No. 142189 1<br><br>**FELONY COMPLAINT**<br><br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SANTA BARBARA<br><br>JUL 2 4 2012<br><br>GARY M. BLAIR, EXEC. OFFICER<br>By_____<br>Esteban Enriquez - Deputy Clerk<br>Entered into sustain by_____ |

The undersigned is informed and believes that:

### COUNT 1

On or about June 12, 2012, in the County of Santa Barbara, the crime of CONSPIRACY TO COMMIT A CRIME, in violation of **PENAL CODE SECTION 182(a)(1)**, a Felony, was committed by DEE THOMAS MURPHY and JEFFERY COWEN LIND, who did unlawfully conspire together and with another person and persons whose identity is unknown to commit the crime of PERJURY, in violation of Section 118(a), of the Penal Code, a Felony and that pursuant to and for the purpose of carrying out the objects and purposes of the aforesaid conspiracy, the said defendant(s) committed the following overt act and acts at and in the County of SANTA BARBARA.

### OVERT ACT I:

On or about June 10, 2012 defendants signed under penalty of perjury a "Notice of Stay of Proceedings" knowing the document to be false.

### OVERT ACT II:

On or about June 12, 2012, Dee Thomas Murphy entered the Superior Court of California, County of Santa Barbara and attempted to file a "Notice of Stay of Proceedings" for case #1354711, knowing the document was false.

### COUNT 2

On or about June 12, 2012, in the County of Santa Barbara, the crime of PERJURY BY DECLARATION, in violation of **PENAL CODE SECTION 118(a)**, a Felony, was committed by DEE THOMAS MURPHY and JEFFERY COWEN LIND, being a person who certified under penalty of perjury, declare as true, that which was known to be false, to wit: NOTICE OF STAY OF PROCEEDINGS.

1

## SPEC ALLEG - OFFENSE WHILE ON BAIL OR O.R.

It is further alleged as to Counts 1 and 2, that at the time of the commission of the above offense, the defendants DEE THOMAS MURPHY and JEFFERY COWEN LIND, were released from custody on bail or Own Recognizance in Case Number 1354711 within the meaning of Penal Code section 12022.1(b).

\* \* \* \* \* \* \* \*

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT CONSISTS OF 2 COUNT(S).

Executed at Santa Barbara, California, on July 24, 2012.

*Joyce E. Dudley*

BRIAN COTA
SENIOR DEPUTY DISTRICT ATTORNEY

Agency: SBDA

| DEFENDANT NAME | SEX | RACE | HGT | WGT | EYES | HAIR | DRIVER'S LICENSE | STS | COURT DATE |
|---|---|---|---|---|---|---|---|---|---|
| Jeffery Cowen Lind | M | W | 510 | 195 | HZL | BRO | A3315065 | BR | 08/29/2012 |
| Dee Thomas Murphy | M | W | 509 | 150 | BRO | BRO | D02781729 | BR | 08/29/2012 |

gr

2

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Dee Thomas Murphy, sui Juris<br>c/o 1440 State Hwy 248, Q-418<br>Branson, Missouri 65616<br>417 334-1886 message phone<br>ATTORNEY(S) FOR: Dee Thomas Murphy / JEFFERY COWAN LIND | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA<br>Plaintiff(s),<br>v.<br>JEFFERY COWAN LIND,<br>Dee Thomas Murphy<br>Defendant(s) | 1354711, 1421891<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Dee Thomas Murphy
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jeffery Cowan Lind | defendent |
| Dee Thomas Murphy | defendent |
| Sandra Karen | POA for Dee Murphy & Jeffery Lind |
| International Common Law Court of Justice | - Grand Jury |
| International Environmental Court | Tom & Jef's officers of court |

Date: 2-3-15

Signature: Sandra Karen (POA)

Attorney of record for (or name of party appearing in pro per):
Counsel
Dee Thomas Murphy, Sui Juris
In Proper Persona

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES

JS 44 (Rev. 12-12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM)*

## I. (a) PLAINTIFFS
THE PEOPLE OF the State of CALIFORNIA SANTA BARBARA

(b) County of Residence of First Listed Plaintiff: SANTA BARBARA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Brian Cota

## DEFENDANTS
JEFFERY COWAN LIND, et. al.
DEE THOMAS MURPHY SANTA BARBARA

County of Residence of First Listed Defendant: SANTA BARBARA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
civil rights conspiracy: 42 USC 1985

Brief description of cause:
retaliation for exercise of fundamental rights and equal protection of the law

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 1.21.15

SIGNATURE OF ATTORNEY OF RECORD: Dee Thomas Sui Juris and In Propria Persona

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

Tom Murphy/
Sandra Karen
1440 State Hwy 248, Q-418
Branson, Missouri 65616
417-334-1886


Superior Court Santa Barbara
118 E. Figueroa Street
Santa Barbara, CA 93101
(805) 568-3959